1  LUANNE SACKS (SBN 120811)
   luanne.sacks@dlapiper.com
2  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
3  San Francisco, California  94105-2133
   Tel:    (415) 836-2500
4  Fax:   (415) 836-2501

5  EDWARD D. TOTINO (SBN 169237)
   edward.totino@dlapiper.com
6  DLA PIPER LLP (US)
   2000 Avenue of the Stars
7  Suite 400 North Tower
   Los Angeles, California  90067-4704
8  Tel:    (310) 595-3000
   Fax:   (310) 595-3300
9
   Attorneys for Defendant
10 GODADDY.COM, LLC

11              UNITED STATES DISTRICT COURT

12       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14

| | |
|---|---|
| 15  DAVID HIGGINS; ROBERT PATTERSON, on behalf of themselves and all others similarly situated,<br><br>16<br><br>17                    Plaintiffs,<br><br>18            v.<br><br>19  GODADDY.COM, LLC, a Delaware limited liability company, and DOES 1 through 100 inclusive,<br>20<br>21                    Defendants.<br>22 | CASE NO.  CV12-08899 RGK (AJWx)<br><br>**DEFENDANT GODADDY.COM, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br><br>Complaint Filed:  October 16, 2012 |

23        Pursuant to Fed. R. Civ. P. 7.1, Defendant GoDaddy.com, LLC discloses

24 that it is a single-member limited liability company whose sole member is Go

25 Daddy Operating Company, LLC.

26

27

28

1    Dated:  November 28, 2012          **DLA PIPER LLP (US)**

2

3                                       By:/s/ Luanne Sacks
                                           _____
4                                          LUANNE SACKS
                                           Attorneys for Defendant
5                                          GODADDY.COM, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2